E-FILED 02-18-2011

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **George S. Lakner, M.D.** ) | **CASE NO. CV 10-3488-GHK (AGRx)** |
| Plaintiff, ) | |
| v. ) | **JUDGMENT** |
| **Ronald C. Joseph, et al.** ) | |
| Defendants. ) | |

    Pursuant to our February 9, 2011 Order dismissing Plaintiff George S. Lakner, M.D.'s Second Amended Complaint for lack of subject matter jurisdiction, **IT IS HEREBY ADJUDGED** that all claims against Defendants Ronald C. Joseph, Caroline Barrozo, erroneously sued as Caroline Barrazo, Mara Faust, erroneously sued as Maura Faust, Wanda Wallis, and Richard Thorton are **DISMISSED without prejudice** for lack of subject matter jurisdiction.

    **IT IS SO ORDERED**.

DATED: February 18, 2011

_____
GEORGE H. KING
United States District Judge